

Scott Phillip Lewis
1936 Saranac Ave #3 PMB 411
Lake Placid, NY 12946

Western District of Texas
Clerk's Office
501 W. 5th St., Suite 1100
Austin, TX 78701

1:25CV00961 ADA

SCREENED BY CSO'S
JUN 17 2025